THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* JERRY WALLS, Defendant-Appellant.

(No. 59297; ▮▮▮▮▮▮▮▮▮▮▮

First District (4th Division)—September 25, 1974.

James T. Otis, Richard J. Prendergast, and George E. Weaver, all of Chicago (Price, Cushman, Keck, Mahin & Cate, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Kenneth L. Gillis and Dennis J. O'Hara, Assistant State's Attorneys, of counsel), for the People.